```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

**ROBERT SCOTT,**               \*
                                \*
    **Plaintiff,**         \*
                                \*
**vs.**                          \*       **MISC. ACTION 07-00017-WS-B**
                                \*
**UNITED STATES OF AMERICA,**    \*
*et al.*,                       \*
                                \*
    **Defendants.**        \*

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It is **ORDERED** that Plaintiff's Motion to Quash IRS Subpoena and Amended Motion to Quash IRS Subpoena be **DENIED.**

**DONE** and **ORDERED** this 11th day of December, 2007.

                                        s/WILLIAM H. STEELE
                                        UNITED STATES DISTRICT JUDGE