IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROBERT SCOTT,                    *
                                 *
       Plaintiff,                *
                                 *
vs.                              *      MISC. ACTION 07-00017-WS-B
                                 *
UNITED STATES OF AMERICA,        *
et al.,                          *
                                 *
       Defendants.               *

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion to Quash IRS Subpoena and Amended Motion to Quash IRS Subpoena be **DENIED.** The Clerk is directed to close this file.

**DONE** and **ORDERED** this 11th day of December, 2007.


s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE